**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Huldie Leeann Jordan Cooper, James Ray Cooper, and
Kevin Penland, Defendants,

Of whom Huldie Leeann Jordan Cooper is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2021-000759

———————

Appeal From Oconee County
Karen F. Ballenger, Family Court Judge

———————

Unpublished Opinion No. 2022-UP-092
Submitted February 23, 2022 – Filed March 2, 2022

———————

**AFFIRMED**

———————

Kathleen J. Hodges, of Law Offices of Kathleen J.
Hodges, LLC, of Belton, for Appellant.

Kaye Davis, of South Carolina Department of Social
Services, of Walhalla; and Andrew Troy Potter, of
Anderson, both for Respondent.

Kimberly Welchel Pease, of Seneca, for the Guardian ad Litem.

---

**PER CURIAM:**  Huldie Leeann Jordan Cooper appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Cooper's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and KONDUROS and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.